Complaint

In the Circuit Court

of the

4th Judicial Circuit

In and for Duval County

Florida

FILED

JAN 10 2024

DUVAL CLERK OF COURT

case #

2024. CA - 0103 - AXXX

Div CV - B

Plantiff

Ahmed Bin Omer

Defendant ① Audrey ~~Schau~~ Schainker

HR AVP , Bath & Body works

② BBW legal team

( Bath & Body Works )

Ahmed Bin Omer

5140 Gate ~~Parkway~~ Play N , Apt 710

Jacksonville FL 32256

Contact info 203-489-2555

ahmedbinomerr@gmail.com

<u>Complaint</u>   ②   <u>01/10/2024</u>

Dear Judge,

My Employer 'Bath & Body works' where I'm ~~workgwork~~ work Sure October 3rd 2022 has made me sign a Separation agreement instead of a termination.

I believe they are doing this to avoid litigation. I've accepted the Separation but wanted to speak out against the labor law violations against an H1B high skilled immigrant. Upon which the HR yesterday 01/09/2024 threatened to hold on to the agreed Separation amount.

This threatning Behaviour was the Same Cause I've been fired for from the HR and VP & Directors of the company.

I believe my Separation was clearly discriminately in nature and for which I have heaps of Evidences to prove at the hearing.

Thank you!    Sincerely
Ahmed

Ahmed Bin Omer

5140 Gate pkg N , Apt 7107

Jacksonville FL 32256

203-489-2855

ahmed bin omerr @gmail.com